**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                    Case No. 12 B 38154

       Frank R Kmiec
       Deanne M Kmiec
           Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/26/2012.

2) The plan was confirmed on 04/11/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/15/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Completed on 03/06/2017.

6) Number of months from filing to last payment: 53.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $42,848.07.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $72,225.00 | |
| Less amount refunded to debtor | $3,533.24 | |
| **NET RECEIPTS:** | | **$68,691.76** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,882.50 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,752.58 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$6,635.08** |

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American InfoSource LP | Unsecured | 816.00 | 816.65 | 816.65 | 81.67 | 0.00 |
| American InfoSource LP | Unsecured | 500.00 | 385.25 | 385.25 | 38.53 | 0.00 |
| AT&T Services | Unsecured | 377.00 | 5.56 | 5.56 | 0.56 | 0.00 |
| Bank of America | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Cascade Capital LLC | Unsecured | NA | 376.43 | 376.43 | 37.64 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 0.00 | 147.48 | 147.48 | 14.75 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 0.00 | 302.57 | 302.57 | 30.26 | 0.00 |
| City of Chicago Department of Finance | Secured | 1,300.00 | 0.00 | 1,300.00 | 1,300.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 6,000.00 | 6,490.20 | 6,490.20 | 649.02 | 0.00 |
| Commonwealth Edison | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 503.00 | 685.39 | 685.39 | 68.54 | 0.00 |
| Credit Management Lp | Unsecured | 711.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FIN | Unsecured | 2,730.00 | NA | NA | 0.00 | 0.00 |
| Heller And Frisone | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| HOLY CROSS HOSP | Unsecured | 5,146.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 18,000.00 | 16,333.69 | 16,333.69 | 16,333.69 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 378.00 | 553.59 | 553.59 | 55.36 | 0.00 |
| InSolve Recovery LLC | Unsecured | NA | 520.02 | 520.02 | 52.00 | 0.00 |
| InSolve Recovery LLC | Unsecured | 0.00 | 496.09 | 496.09 | 49.61 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 395.35 | 395.35 | 39.54 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 154.67 | 154.67 | 15.47 | 0.00 |
| Midfirst Bank | Secured | 25,395.56 | 25,395.56 | 25,395.56 | 14,605.48 | 1,192.09 |
| Midland Funding | Unsecured | 990.00 | NA | NA | 0.00 | 0.00 |
| Midland Mortgage Co | Secured | 2,631.79 | 0.00 | 2,631.79 | 1,500.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 200.00 | 200.00 | 200.00 | 20.00 | 0.00 |
| Northside L Federal Credit Union | Unsecured | 1,931.00 | NA | NA | 0.00 | 0.00 |
| Northside L Federal Credit Union | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Northside L Federal Credit Union | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| Overland Bond & Investment Corp | Unsecured | 14,304.00 | 12,804.98 | 12,804.98 | 1,280.50 | 0.00 |
| PNC Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 378.00 | 381.54 | 381.54 | 38.15 | 0.00 |
| Real Time Resolutions Inc | Unsecured | 2,500.00 | 3,237.50 | 3,237.50 | 323.75 | 0.00 |
| Regional Acceptance Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance Corp | Secured | 21,622.00 | 21,978.89 | 21,622.00 | 21,622.00 | 2,646.27 |
| Regional Acceptance Corp | Unsecured | NA | 0.00 | 356.89 | 35.69 | 0.00 |
| Rockford Mercantile Agency | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Swiss Colony | Unsecured | 261.00 | 261.06 | 261.06 | 26.11 | 0.00 |
| T Mobile USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $21,622.00 | $21,622.00 | $2,646.27 |
| All Other Secured | $29,327.35 | $17,405.48 | $1,192.09 |
| **TOTAL SECURED:** | **$50,949.35** | **$39,027.48** | **$3,838.36** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $16,333.69 | $16,333.69 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$16,333.69** | **$16,333.69** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$28,571.22** | **$2,857.15** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $6,635.08 |
| Disbursements to Creditors | $62,056.68 |
| **TOTAL DISBURSEMENTS** : | **$68,691.76** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/05/2017                    By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**